■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK WARRELMAN, Appellant.— Appeal by defendant from a judgment of the former County Court, Queens County, rendered June 4, 1962 on his plea of guilty convicting him of robbery in the second degree, armed, and sentencing him as a second felony offender to serve a term of not less than 15 years nor more than 30 years. Judgment affirmed. (See *People* v. *Arturo,* 269 App. Div. 857.) Beldock, P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.